**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALLEN GINN,** | |
|         **Petitioner,** | |
| **v.** | **CIVIL ACTION** |
| **WARDEN HARRY MOORE,** Holmesburg Prison and **LYNNE ABRAHAM,** Esquire, District Attorney, | **NO. 94-4697** |
|         **Respondents.** | |

## ORDER

    **AND NOW**, this 24th day of June, 2015, upon consideration of the Petitioner Allen Ginn's Motion to Set Aside Judgment for Fraud on the Court [ECF No. 15], the Commonwealth's response in opposition thereto [ECF No. 21], and the Petitioner's reply [ECF No. 23], and for the reasons provided in the Court's Memorandum Opinion of June 24, 2015 [ECF No. 29], **IT IS ORDERED** that the Petitioner's motion is **DENIED**.

    The Clerk of Court is directed to close this case.

                        **BY THE COURT:**

                        **/s/ Wendy Beetlestone**

                        _____

                        **WENDY BEETLESTONE, J.**